UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

COURTNEY TOLBERT,

    Plaintiff

v.    Case No.:

OS RESTAURANT SERVICES, LLC d/b/a
FLEMING'S PRIME STEAKHOUSE &
WINE BAR

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, OS RESTAURANT SERVICES, LLC ("Defendant"), hereby files its Notice of Removal and states as follows:

1.    Plaintiff, COURTNEY TOLBERT, filed the instant Complaint, attached as Exhibit "1" hereto, in the Circuit Court of the Eleventh Judicial Circuit in Miami-Dade County, Florida, on or about April 7, 2019. The Clerk of that Court assigned this action Civil Action Number 2019-008018-CA-01.

2.    Plaintiff served Defendant with a summons and a copy of the Complaint, Notice of Corporate Representative Deposition, Interrogatories and Request for Production on April 17, 2019. This Notice of Removal has been filed as required within thirty days after Defendant was served with a copy of the Complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b) and Local Rule 7.2. Attached as "Exhibit 2" is a true and correct copy of the filed Notice of Removal.

3.    Exhibit 1 constitutes a copy of all process, pleadings, and orders served upon Defendant in this action to date as required by 28 U.S.C. § 1446(a).

4. This action is removable pursuant to 28 U.S.C. § 1441, which authorizes the removal of any civil action brought in a state court in which the United States District Court for the district encompassing the state court has original jurisdiction. As set forth below, this Court has original jurisdiction of the federal claims in the Complaint brought pursuant to 42 U.S.C. § 2000e-2 ("Title VII") and supplemental jurisdiction of the remaining state claims pursuant to 28 U.S.C. § 1367.

5. This Court also has original subject matter jurisdiction of any action brought under the Constitution and laws of the United States. 28 U.S.C. § 1331. Plaintiff's Complaint contains four counts. Counts I and II of the Plaintiff's Complaint are claims of discrimination based on sex, and retaliation under Title VII. (Complaint ¶¶ 25-39). Title VII is a law of the United States. 42 U.S.C. § 2000 *et seq*. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this case raises a federal question.

6. Additionally, Counts III and IV of Plaintiff's Complaint contain claims of discrimination based on sex and, and retaliation under the Florida Civil Rights Act. This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367 because they form part of the same case or controversy.

7. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Plaintiff was employed at a Fleming's Prime Steakhouse & Wine Bar restaurant located in this judicial district.

8. Promptly, after Defendant files this notice of removal, Defendant will give the Plaintiff notice of this filing of removal and will notify the clerk of the state court as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that the above-styled action be removed

to this Court and this Court assume jurisdiction over this matter for all further proceedings.

                                            Respectfully submitted,

By: */s/   Kevin D. Johnson*
Kevin D. Johnson
Florida Bar No.: 0013749
Christopher Johnson
Florida Bar No.: 0105262
Beatriz M. Miranda
Florida Bar No.: 0127146
Johnson Jackson LLC
100 N. Tampa St.
Suite 2310
Tampa, FL 33602
813-580-8400
813-580-8407 (f)
kjohnson@johsonjackson.com
cjohnson@johnsonjackson.com
bmiranda@johnsonjackson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2019, I filed the foregoing Notice of Removal electronically with the Clerk of the Court using the ECF system, a copy of which will be sent to all parties of record.

                                            /s/ Kevin D. Johnson
                                            Attorney